UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BROADGATE, INC.,

    Plaintiff,

v.                                          Case No. 22-cv-11593
                                         Honorable Laurie J. Michelson
                                         Mag. Judge Kimberly G. Altman

MARTIN J. WALSH,
Secretary, Department of Labor,

    Defendant.

**STIPULATED ORDER REGARDING PLAINTIFF'S
MOTION TO POSTPONE EFFECTIVENESS OF DECISION**

On July 29, 2022, the parties and the Court held a telephone conference to discuss a mutually agreeable resolution of Plaintiff's motion to postpone the effectiveness of Defendant's decision to disqualify Plaintiff from approval of any petitions filed under sections 204 or 214(c) of the Immigration and Nationality Act for two years. This order contains the parties' agreed resolution of that motion.

Plaintiff will withdraw its motion to postpone the effectiveness of Defendant's decision (ECF No. 5).

The parties will file motions for summary judgment and replies pursuant to the Court's July 29, 2022, Scheduling Order (ECF No. 11), with the goal of resolving this case before October 1, 2022.

Defendant will not take any collection measures before the Court rules on the parties' motions for summary judgment, except for filing a counterclaim for collection of the civil monetary penalties under the Federal Debt Collection Procedures Act.

At the request of Defendant, nonparty U.S. Citizenship and Immigration Services will hold in abeyance (neither granting nor denying) any petitions filed by Plaintiff until the Court issues its decision on the parties' motions for summary judgment. Counsel for Plaintiff will inform counsel for Defendant of any new petitions it files to ensure that such petitions are handled in accordance with this stipulated order.

IT IS SO ORDERED.

Dated: August 9, 2022

                                                s/Laurie J. Michelson
                                                LAURIE J. MICHELSON
                                                UNITED STATES DISTRICT JUDGE

SO STIPULATED AND AGREED TO BY:

| | |
|---|---|
| **TRANSNATIONAL LEGAL SERVICES P.C.** | **DAWN N. ISON**<br>United States Attorney |
| */s/ Michael E. Piston*<br>*(with permission)*<br>**Michael E. Piston (P34568)**<br>1955 W. Hamlin Road, Suite 100<br>Rochester Hills, MI 48309<br>Ph: 646-876-3772<br>Fax: 206-770-6350<br>michaelpiston4@gmail.com<br>*Attorneys for Plaintiff* | */s/ Christopher J. Doyle*<br>**Christopher J Doyle (P79376)**<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 670-5589<br>christopher.doyle@usdoj.gov<br>*Attorneys for Defendant* |
| Dated: August 5, 2022 | Dated: August 5, 2022 |

3