UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Broadgate, Inc.,**<br><br>  Plaintiff,<br><br>v.<br><br>**Secretary, Department of Labor**,<br><br>  Defendant. | Civil No. 2:22-cv-11593<br><br>Hon. Laurie J. Michelson<br>Mag. Judge Kimberly G. Altman |

## JUDGMENT

JUDGMENT is hereby entered against Plaintiff-Counterdefendant BROADGATE, INC. and in favor of Defendant-Counterclaimant MARTIN J. WALSH, Secretary of Labor.

BROADGATE, INC. is ordered to pay MARTIN J. WALSH, Secretary of Labor, the following:

1) $59,902.61, comprising $59,752 in civil monetary penalties and $150.61 in prejudgment interest,[1] and

---

[1] Prejudgment interest was calculated from June 29, 2022, the day following the Department of Labor's Notice of H-1B Final Order and Debarment for Broadgate, Inc., until September 29, 2022, at a 1 percent simple interest rate. *See* 31 U.S.C. § 3717(a)(1), (f); 31 C.F.R. § 901.9(b); 29 C.F.R. § 20.58; Bureau of the Fiscal Service, Notice of Rate to Be Used for Federal Debt Collection, and Discount and Rebate Evaluation, 86 Fed. Reg. 67788 (Nov. 29, 2021).

| Period | Number of Days | Interest Rate | Principal | Interest Per Period | Total interest | Total Balance |
|---|---|---|---|---|---|---|
| 6/29/2022-07/29/2022 | 30 | 1% | $59,752.00 | $49.11 | $49.11 | $59,801.11 |
| 07/29/2022-08/29/2022 | 31 | 1% | $59,752.00 | $50.75 | $99.86 | $59,851.86 |
| 08/29/2022-09/29/2022 | 31 | 1% | $59,752.00 | $50.75 | $150.61 | $59,902.61 |

2) Postjudgment interest on the above total amount, calculated from this day forward in the manner set forth in 28 U.S.C. § 1961.

Dated this 30th day of September in Detroit, Michigan.

                                      KINIKIA ESSIX
                                      CLERK OF THE COURT

                    By:    s/Erica Parkin
                             DEPUTY COURT CLERK

APPROVED:

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: September 30, 2022