

Date: 10.19.2022

This is to confirm that **IT Objects LLC** is prepared to pay Broadgate, Inc. for the services of the below consultants for at least 40 hours per week effective from the date of availability to provide services to us.

| Consultant Name | Position | Hourly Rate |
| --- | --- | --- |
| Niranjan Reddy Kurelli | Software Engineer | $62.00 per Hour |
| Bhargavi Kotagaram | Software Developer | $65.00 per Hour |
| Nagireddy Avula | Software Engineer | $65.00 per Hour |
| Naveen Mohan Gangishetty | Software Engineer | $60.00 per Hour |
| Raja Rajeswari Devi Pentapati | Software Developer | $65.00 per Hour |
| Sujitha Ponnusamy | Software Developer | $65.00 per Hour |
| Suryakiran Reddy Puramani | Software Engineer | $65.00 per Hour |

This is subject, as always, to our right to terminate any and all agreement with Broadgate at any time, at will and without cause.

By: *[signature]*

Name: Ravindar Palla

Title: President

Date: 10/19/2022

Exhibit B at1



## CONSULTING SERVICES AGREEMENT

THIS CONSULTING SERVICES AGREEMENT (Agreement) dated 06/01/2021 is made between **Broadgate Inc** whose address is 830 Kirts Blvd, Suite # 400, Troy, MI - 48084 (Federal ID: 20-4904093), hereinafter "CONTRACTOR" and **IT Objects LLC** a VA corporation whose address is 459 Herndon Pkwy, Suite#20, Herndon, VA 20170 hereinafter called "**IT OBJECTS**".

This Agreement sets forth the exclusive terms and conditions by which CONTRACTOR can supply Consultants as and when required on a temporary basis. In consideration of the mutual obligations specified in this Agreement the parties hereby agree as follows:

### Section I - Definitions

CONTRACTOR - the Company that provides the services of the said Consultants to the other company is hereinafter referred to as "CONTRACTOR". The Company to which the said Consultants are assigned for the duration of the project is hereinafter referred to as the "**IT OBJECTS**".

Client - The customer of the **IT OBJECTS** to whom the Consultant's services will be made available. The Client of **IT OBJECTS**'s customer to whom the Consultant's services will be required is hereinafter referred to as "End Client".

Consultant – An individual with particular expertise, experience or talent whose services are provided by CONTRACTOR for the benefit of the Client.

### Section II – Term

This Agreement has a term of five years and shall and/or may renew for additional one-year term unless either party notifies the other in writing of their intent to terminate the contract no less than 15 days and no more than 120 days prior to the expiration of the term then current.

### Section III – Purchase Orders

The parties agree to supply or obtain Consultants from time to time upon written or oral request, which will be confirmed by a written Purchase Order specifying the fee for the services and any special contractual provisions pertaining to that specific assignment. The Purchase Order shall be considered an integral part of this Agreement.

### Section IV - Fees, Charges, Taxes, Etc.

In full consideration of the consulting services and deliverables (if any) rendered by either party's professionals, the other party will compensate as per the charges agreed upon for each assignment and set forth in the written Purchase Order issued pursuant to the Section III of the Agreement. It is understood that **IT OBJECTS** shall have no obligation under local, state or federal laws regarding the CONTRACTOR's professionals and that total amount of liability of **IT OBJECTS** in regard to any arrangement of work performed hereunder, is to pay the fees pursuant to provisions hereunder. All taxes applicable to any amounts paid by CONTRACTOR to its professionals under this Agreement will be CONTRACTOR's liability and **IT OBJECTS** shall not withhold nor pay any amounts for federal, state or municipal income tax, social security, unemployment or worker's compensation with regard to CONTRACTOR's professionals while on the project, unless mandated by the Government.

### Section V - Payment

CONTRACTOR shall invoice **IT OBJECTS** for the consulting services performed hereunder on a monthly basis. **IT OBJECTS** shall extend payment in Net 30 days from the date of Invoice.

Exhibit B at 2

### Section VI - Working Hours & Timing

It is expected that the Consultant shall work a minimum of eight (8) hours a day and shall observe the normal working hours and schedules of **IT OBJECTS** or its Clients or the End Client where the services of the Consultant are utilized.

### Section VII – Covenant

During the term of a particular engagement (said engagement to be designated by a Purchase Order) and for a period of one (1) year thereafter, CONTRACTOR and its representatives shall not seek or attempt to seek voluntarily or involuntarily, on behalf of itself or any entity, solicit or attempt to solicit directly or indirectly business activities with **IT OBJECTS**'s Clients or third party Clients or End Clients where the Contractor's employee is working or where a job have been offered by **IT Objects** pursuant to this agreement

CONTRACTOR shall make all Consultants aware of the existence of this provision. **IT Objects** or its subsidiaries will not hire contractor's consultant/employee during the duration of the project or one year thereafter the completion of project".

### Section VIII - Confidentiality

Both parties shall regard and preserve as confidential any and all information shared by each other. CONTRACTOR shall ensure that its Consultants observe similar obligation. CONTRACTOR acknowledges that any information received from **IT OBJECTS**, or its Clients is the sole property of **IT OBJECTS** or its Clients as the case may be, and CONTRACTOR or its representatives, will not utilized such information except in the performance of this Agreement.

### Section IX - Termination

Either party may terminate any Purchase Order issued hereunder with a Two-week written notice. In cases of performance related issues or End Client pre-terminating the project, **IT OBJECTS** may terminate the Purchase Order without notice.

### Section X – Procedure for Presentation of Consultants

1. **IT OBJECTS** will submit Consultant's resume to its clients. CONTRACTOR agrees that it will contract exclusively with **IT OBJECTS** for this position and will not directly or indirectly submit him to the same Client.
2. Exposure to Projects: In order to assess the fit between Consultant's skill sets and Client's requirements, **IT OBJECTS** will establish communication between Consultant and Client. The Consultant will not discuss any issues (rate, start date, personal matters etc.) with the Client. All such issues will be addressed with **IT OBJECTS**.
3. Guarantee: It is further agreed that the CONTRACTOR will hold the Consultant available exclusively to **IT OBJECTS** for a period of 2 business days from the time of the interview. If **IT OBJECTS** does not confirm the assignment within 2 business days, then the CONTRACTOR shall be free to release the Consultant for other work. If **IT OBJECTS** does give the confirmation within 2 business days from the time of the interview, the CONTRACTOR should make Consultant available for the project in accordance with the Purchase Order.

### Section XI – Breach

In the event that any suit, action or proceeding is brought to establish, obtain or enforce any rights under this Agreement of for breach of any covenant, terms or conditions thereof, the prevailing party in such a suit, action or proceeding, including an appeal to an appellate court arising there from, shall be entitled to recover reasonable

Exhibit B at 3

2

attorney fees in addition to all costs and disturbances.

### Section XII - Force Majeure

Neither party shall be under any liability to the other party for any delay or failure to verify any applications under this Agreement if the same is against wholly or partially caused whether directly or indirectly by circumstances beyond their control.

### Section XIII - Assignment

Neither party may assign any part or whole of this Agreement or any rights hereunder, without written permission of the other party.

### Section XIV - Waiver

No failure of either party to enforce any rights hereunder shall be deemed a waiver thereof.

### Section XV - Insurance

CONTRACTOR shall at its own expense carry and maintain in force, at all times relevant hereto, insurance of the types and minimum coverage amounts as follows:

Workers' Compensation and Employers' Liability Insurance providing for payment of benefits to and for the account of employees employed in connection with the work covered by this Agreement as required by the law of the state where the work is being performed.

- Comprehensive General Liability (CGL) Insurance coverage with limits of liability of no less than one million dollars ($1,000,000).
- Business Automobile Insurance coverage with limits of liability of no less than one million dollars ($1,000,0000)
- Professional Liability Insurance coverage with limits of liability of no less than one million dollars ($1,000,000). CONTRACTOR shall name **IT OBJECTS** (and Client, if requested) as an Additional Insured under such policies and shall provide **IT OBJECTS** with a certificate of such insurance within five (5) days of the date of this Agreement. The endorsement will provide for 30 days' written notice to **IT OBJECTS** (and Client if requested) of any change, cancellation or termination of the existing policy.

### Section XVI – Contractor consultants

The contractor and its employees are not employees of **IT Objects** and will not be entitled for any salary, benefits and other perks that are provided to **IT Objects**'s employees. It is the responsibility of contractor to make sure all their employees or contractors are allowed to work legally in U.S.A and they will provide appropriate documents when it is requested by **IT Objects** or its clients. The contractor will also do background check, reference check and drug screening of all their candidates and they provide a copy to **IT Objects** and its clients when it is requested by them at any time during the term of this agreement or is needed at any point of time for audit.

### Section XVII - Governing Laws

This Agreement is made and entered into by the parties in the State of Virginia and shall be construed according to the laws of that state.

### Section XVIII - Rights to Development

All software documentation, modifications to software or documentation and other products developed by for the **IT OBJECTS** or their representatives under this Agreement shall be the sole property of the **IT OBJECTS** or its Clients.

### Section XIX - Entire Agreement

This Agreement represents the entire agreement and supersedes all previous agreements and understandings.

Exhibit B at 4

3

between the parties relating to the subject matter hereof, and may be changed only in writing, signed by both parties.

Accepted by:

IT Objects LLC

*[signature]*

Authorized signature

Name: Ravi Palla

Title: President

Address: 459 Herndon Pkwy, Suite#20
Herndon, VA 20170

Date: 06/01/2021

Accepted by:

Broadgate Inc

*[signature]*

Authorized signature

Name: Swaroopa Kotha

Title: President

Address: 830 Kirts blvd suite #400,
Troy, MI - 48084

Date: 06/01/2021

Exhibit B at5

4

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | | | 1. REQUISITION NUMBER NFFS5000-20-02366 | | PAGE 1 OF 64 |
|---|---|---|---|---|---|
| 2. CONTRACT NO. 1305M320DNFFS0053 | 3. AWARD/EFFECTIVE DATE 6/11/2020 | 4. ORDER NUMBER | 5. SOLICITATION NUMBER 1305M319RNFFS0008 | | 6. SOLICITATION ISSUE DATE May 23, 2019 |
| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME CARINA TOPASNA carina.topasna@noaa.gov | | b. TELEPHONE NUMBER (No collect calls) 206-526-6350 | | 8. OFFER DUE DATE/ LOCAL TIME June 09, 2019 11:59 PM PT |

| 9. ISSUED BY  CODE  AJ630031 | 10. THIS ACQUISITION IS [ ] UNRESTRICTED OR [X] SET ASIDE: 100 % FOR: |
|---|---|
| WESTERN ACQUISITION DIVISION CONTRACTS BRANCH 7600 SAND POINT WAY NE, SOU6 SEATTLE WA 98115-6349 | [ ] SMALL BUSINESS  [ ] WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM  NAICS: 541511 [ ] HUBZONE SMALL BUSINESS  [ ] EDWOSB [ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS  [X] 8 (A)  SIZE STANDARD: |

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED [ ] SEE SCHEDULE | 12. DISCOUNT TERMS Net 30 | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) [ ] | 13b. RATING |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION [ ] RFQ  [ ] IFB  [ ] RFP | |

| 15. DELIVER TO  CODE See Schedule | 16. ADMINISTERED BY  CODE  AJ630031 WESTERN ACQUISITION DIVISION CONTRACTS BRANCH 7600 SAND POINT WAY NE, SOU6 SEATTLE WA 98115-6349 |
|---|---|

| 17a CONTRACTOR/ OFFEROR.  CODE 00030330  FACILITY CODE | 18a. PAYMENT WILL BE MADE BY  CODE  AJ610031 |
|---|---|
| IT OBJECTS LLC 459 HERNDON PKWY., STE # 20 HERNDON VA 20170 | FINANCIAL MANAGEMENT DIV 7600 SAND POINT WAY NE SEATTLE WA 98115-6349 |
| CAGE: 61J82 TIN: 470924982  DUNS: 139355544 TELEPHONE NO. | |
| 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER  [ ] | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED  [X] SEE ADDENDUM |

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Please see continuation page for line item details. (Use Reverse and/or Attach Additional Sheets as Necessary) | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA See Schedule | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) $0.00 |
|---|---|

| [ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA | [ ] ARE [ ] ARE NOT ATTACHED |
|---|---|
| [X] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA | [X] ARE [ ] ARE NOT ATTACHED |

| [X] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED | [X] 29. AWARD OF CONTRACT: REF.  Quote DATED MAR 11, 2020 . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR  *[signature]* | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) WAUGH.SARAH.ROSE.1505964051  Digitally signed by WAUGH.SARAH.ROSE.1505964051 Date: 2020.06.11 12:58:47 -07'00' |
|---|---|
| 30b. NAME AND TITLE OF SIGNER (Type or print) Ravindar Palla, President | 30c. DATE SIGNED 06/16/2020 | 31b. NAME OF CONTRACTING OFFICER (Type or print) SARAH WAUGH  206-526-6544 SARAH.WAUGH@NOAA.GOV | 31c. DATE SIGNED 6/11/2020 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

Exhibit B at 6

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED  ☐ INSPECTED  ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELPHONE NUMBER OF AUTHORZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL  ☐ FINAL | | | ☐ COMPLETE  ☐ PARTIAL  ☐ FINAL | |
| 38. S/R ACCOUNT NO. | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY    *(Print)* |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT    *(Location)* |
| | | 42c. DATE REC'D    *(YY/MM/DD)*    42d. TOTAL CONTAINERS |

Exhibit B at 7

1305M920DNFFS0053

STANDARD FORM 1449    (REV. 2/2012)    BACK

SECTION B – PRICE SCHEDULE

**FAR 52.252-4 ALTERATIONS IN CONTRACT (APR 1984)**

Portions of this contract are altered as follows:

1.) Clause FAR 52.212-5 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS-COMMERCIAL ITEMS (AUG 2019) is updated and incorporates the following clause into this contract:
    a. FAR 52.204-25 Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment (AUG 2019).
2.) Clause CAR 1352.270-70 PERIOD OF PERFORMANCE (APR 2010) is updated in red text and deletion is indicated in black strikeout.
3.) Clause FAR 52.216-22 INDEFINITE QUANTITY (OCT 1995) is updated in red text and deletion is indicated in black strikeout.

(End of Clause)

# Exhibit B at8

## SECTION B – PRICE SCHEDULE

| September 11, 2019 – September 10, 2022 June 11, 2020 – June 10, 2023 | | | | | |
|---|---|---|---|---|---|
| CLIN | Description | Quantity | Unit | Unit Price | Total |
| 0001 | Note: fill out price schedule in section B (page 3).<br><br>IDIQ for I.T. Support Services Alaska Region with a not-to-exceed $9,999,999.00 | 1 | EA | $0.00 | $0.00 |

Exhibit B at 9