

Broadgate Inc.
830 Kirts Blvd. • Suite #400
Troy, MI 48084
Phone: 248-918-0 110
Fax: 800-531-8659

**Oct 1st 2022**

To

**Kotagaram Bhargavi**

## Subject: Offer of Employment

Dear Bhargavi,

Subsequent to our discussions and interview, we are pleased to offer you the position of Software Engineer with **Broadgate, Inc** (the "Company") on the following terms and conditions of employment, effective upon commencing services as directed at the company client site.

1. **Duties:** You shall use your best energies and abilities on a full time basis to perform, at location designated by the Company and including customer offices, the employment duties assigned to you from time to time. You also shall comply with all rules, regulations and procedures of the company. Your performance will be reviewed at the end of first six (6) months of your employment and annually thereafter and you shall provide reports concerning your work activities from time to time as requested. During your employment, you shall not directly or indirectly usurp any corporate opportunities or otherwise engage in any conduct adverse to best interests of the Company. Also, you are instructed not to divulge any confidential information of, or violate any agreement with, your prior employers or their clients.

2. **Compensation and Benefits:** Your compensation will be US $95000.00 per annum as Compensation, subject to all applicable taxes and withholdings, will be paid on the 20th of each month for your services of the prior month.

3. **Performance Review.** Your performance will be reviewed periodically, with subsequent adjustment in your compensation.

4. **Relocation and Termination:** You are employed by the Company on "At-Will Basis". You promptly will comply with the Company's instructions concerning relocation to or from a customer site and reasonable and documented relocation expenses will be reimbursed in accordance with the Company policies. The company agrees to provide you with four weeks advance notice of termination (except no advance notice is required if the termination of your employment is for cause) and you agree to provide the company with four weeks advance notice of termination of employment. You agree that at least four weeks of advance notice by you is reasonable and necessary under such circumstances due to substantial effort ,time and expense the company will be required to incur in employing and relocating you in replacing your services. Incase of your relocation from India ,you will join US location only after getting a written approval from a authorized company representative.

5. **Confidentiality:** As part of your employment, you will acquire or develop confidential and proprietary information concerning the Company and its dealings and method of dealings with its customers and employees and you also will develop relationships of special trust and confidence with the Company's customers and employees ("Confidential Matter"). You agree that such Confidential Matter is for the Company's executive benefit and that both during your employment and at all times thereafter; you will not directly use or disclose any Confidential Matter except for the sole benefit and with the consent of the Company. Upon the conclusion of your employment, you will promptly return all documents, timesheets and information (including computer generated or stored matters) concerning the Company or its customers and employees.



Broadgate Inc.
830 Kirts Blvd. • Suite #400
Troy, MI 48084
Phone: 248-918-0 110
Fax: 800-531-8659

6. **Non-Competition and Non-Solicitation:** During the period until two (2) years following the termination of your employment for whatever reason (which time period shall be extended by the length of time during which you are in violation of this paragraph), you shall not directly or indirectly solicit business of (or otherwise deal in a manner adverse to the Company with) or provide any software engineering, consulting or programming services to any customer of the Company (regardless whether or not you personally dealt with that party during your employment) nor directly or indirectly solicit the services of (or otherwise deal in a manner adverse to the Company with) any employee of the Company or induce such employee to terminate his or her employment. You further agree that: (1) the company shall be entitled to injunctive relief as well as damages for any violation by you of paragraphs 5 or 6 of this agreement (which shall survive the termination of this agreement and your employment); (2) Michigan State Substantive law should govern this agreement and its enforcement. (3). Jurisdiction and Venue is proper in any proceeding to enforce rights hereunder filed in any court located in Oakland County and (4). Paragraphs 4, 5 and 6 are intended to be enforced in accordance with their terms but that such terms shall be deemed modified as necessary so as to render them valid and enforceable to the fullest extent permissible by applicable law

7. **Sponsorship:** The Company will provide all necessary legal assistance for your work authorizationl. If you choose not to start this process at the time of your first review you can do so later. You acknowledge and agree that the Company will withdraw any sponsorship of work authorization or presence in the United States, in the event of any termination of your employment with the Company or your breach of any terms of this agreement.

8. **Indemnity:** You automatically confirm that you are joining the services of **Broadgate, Inc** of your own free will and volition, and agree to indemnify **Broadgate, Inc** against any claims that may rise due to your joining **Broadgate, Inc.**

9. **Entire Agreement:** This agreement represents the entire agreement of the parties and it supersedes all prior statements, discussions and understandings and may be amended only by a writing signed by both parties.

Agreed and accepted with the express intent to be legally bound.

Sincerely

KKuReddy

**Kashi Kotha**

**Director**

Accepted by

Bhargavi

**Bhargavi Kotagaram**

Exhibit C at2



Broadgate Inc.
830 Kirts Blvd. • Suite #400
Troy, MI 48084
Phone: 248-918-0 110
Fax: 800-531-8659

## Non-Solicitation Agreement

1. During the period when Broadgate, Inc (the "Company") is marketing your skills and for a period of two years thereafter, you shall not directly or indirectly solicit the business of (or otherwise deal in a manner adverse to the Company with) or provide any software engineering, consulting or programming services to any customer or prospective customer of the Company where you are integrated by the Company. Further more, during the course of evaluation interviews and other meetings that the Company organizes between you and your prospective customers. You agree that you will not offer your services directly or indirectly to (or otherwise deal in a manner adverse to the Company with) the customers or prospective customers of the Company.

2. In the event that you breach the provisions of this agreement, you agree to pay the Company as liquidized damages and not as a penalty a further sum of US$ 10,000 (US & Ten thousand). You acknowledge that liquidated damages in such amount is reasonable under the circumstances in light of the fact that significant damages and expenses will be suffered or incurred by the Company and in recognition of the difficulty and further expense of proving the exact amount thereof.

3. You further agree that (1) the Company shall be entitled to injunctive relief as well as damages for any violation by you of the above clause (which shall survive the termination of this agreement and your employment). (2). Michigan substantive law shall govern this agreement and its enforcement. (3). Jurisdiction and venue is proper in any proceeding to enforce rights hereunder filled in any court located in Oakland County, Michigan; and (4). Paragraphs 1 and 2, are intended to be enforced in accordance with their terms but that such terms shall be deemed modified as necessary so as to render them valid and enforceable to the fullest extent permissible by applicable law.

Agreed and accepted with the express intent to be legally bound.

Signature: Bhargavi
Name: **Bhargavi Kotagaram**
Address: 39877, Sundale Dr, Apt #141, Fremont, CA-94538
SSN:
Date: 06-Jun-2022

Please send us a photocopy/Scan-Email of your Passport along with this agreement.

Exhibit C at3

BROADGATE
Path to the Future

Broadgate Inc.
830 Kirts Blvd. • Suite #400
Troy, MI 48084
Phone: 248-918-0 110
Fax: 800-531-8659

**Oct 1st 2022**

To

**PURAMANI, Suryakiran Reddy**

## Subject: Offer of Employment

Dear Suryakiran Reddy,

Subsequent to our discussions and interview, we are pleased to offer you the position of Software Engineer with **Broadgate, Inc** (the "Company") on the following terms and conditions of employment, effective upon commencing services as directed at the company client site.

1. **Duties:** You shall use your best energies and abilities on a full time basis to perform, at location designated by the Company and including customer offices, the employment duties assigned to you from time to time. You also shall comply with all rules, regulations and procedures of the company. Your performance will be reviewed at the end of first six (6) months of your employment and annually thereafter and you shall provide reports concerning your work activities from time to time as requested. During your employment, you shall not directly or indirectly usurp any corporate opportunities or otherwise engage in any conduct adverse to best interests of the Company. Also, you are instructed not to divulge any confidential information of, or violate any agreement with, your prior employers or their clients.

2. **Compensation and Benefits:** Your compensation will be US $95000.00 per annum as Compensation, subject to all applicable taxes and withholdings, will be paid on the 20th of each month for your services of the prior month.

3. **Performance Review.** Your performance will be reviewed periodically, with subsequent adjustment in your compensation.

4. **Relocation and Termination:** You are employed by the Company on "At-Will Basis". You promptly will comply with the Company's instructions concerning relocation to or from a customer site and reasonable and documented relocation expenses will be reimbursed in accordance with the Company policies. The company agrees to provide you with four weeks advance notice of termination (except no advance notice is required if the termination of your employment is for cause) and you agree to provide the company with four weeks advance notice of termination of employment.
You agree that at least four weeks of advance notice by you is reasonable and necessary under such circumstances due to substantial effort ,time and expense the company will be required to incur in employing and relocating you in replacing your services. Incase of your relocation from India ,you will join US location only after getting a written approval from a authorized company representative.

5. **Confidentiality:** As part of your employment, you will acquire or develop confidential and proprietary information concerning the Company and its dealings and method of dealings with its customers and employees and you also will develop relationships of special trust and confidence with the Company's customers and employees ("Confidential Matter"). You agree that such Confidential Matter is for the Company's executive benefit and that both during your employment and at all times thereafter; you will not directly use or disclose any Confidential Matter except for the sole benefit and with the consent of the Company. Upon the conclusion of your employment, you will promptly return all documents, timesheets and information (including computer generated or stored matters) concerning the Company or its customers and employees.



Broadgate Inc.
830 Kirts Blvd. • Suite #400
Troy, MI 48084
Phone: 248-918-0 110
Fax: 800-531-8659

6. **Non-Competition and Non-Solicitation:** During the period until two (2) years following the termination of your employment for whatever reason (which time period shall be extended by the length of time during which you are in violation of this paragraph), you shall not directly or indirectly solicit business of (or otherwise deal in a manner adverse to the Company with) or provide any software engineering, consulting or programming services to any customer of the Company (regardless whether or not you personally dealt with that party during your employment) nor directly or indirectly solicit the services of (or otherwise deal in a manner adverse to the Company with) any employee of the Company or induce such employee to terminate his or her employment. You further agree that: (1) the company shall be entitled to injunctive relief as well as damages for any violation by you of paragraphs 5 or 6 of this agreement (which shall survive the termination of this agreement and your employment); (2) Michigan State Substantive law should govern this agreement and its enforcement. (3). Jurisdiction and Venue is proper in any proceeding to enforce rights hereunder filed in any court located in Oakland County and (4). Paragraphs 4, 5 and 6 are intended to be enforced in accordance with their terms but that such terms shall be deemed modified as necessary so as to render them valid and enforceable to the fullest extent permissible by applicable law

7. **Sponsorship:** The Company will provide all necessary legal assistance for your work authorization. If you choose not to start this process at the time of your first review you can do so later. You acknowledge and agree that the Company will withdraw any sponsorship of work authorization or presence in the United States, in the event of any termination of your employment with the Company or your breach of any terms of this agreement.

8. **Indemnity:** You automatically confirm that you are joining the services of **Broadgate, Inc** of your own free will and volition, and agree to indemnify **Broadgate, Inc** against any claims that may rise due to your joining **Broadgate, Inc.**

9. **Entire Agreement:** This agreement represents the entire agreement of the parties and it supersedes all prior statements, discussions and understandings and may be amended only by a writing signed by both parties.

Agreed and accepted with the express intent to be legally bound.

Sincerely

KKvReddy

**Kashi Kotha**

**Director**

Accepted by

**Suryakiran Reddy Puramani**



Broadgate Inc.
830 Kirts Blvd. • Suite #400
Troy, MI 48084
Phone: 248-918-0 110
Fax: 800-531-8659

## Non-Solicitation Agreement

1. During the period when Broadgate, Inc (the "Company") is marketing your skills and for a period of two years thereafter, you shall not directly or indirectly solicit the business of (or otherwise deal in a manner adverse to the Company with) or provide any software engineering, consulting or programming services to any customer or prospective customer of the Company where you are integrated by the Company. Further more, during the course of evaluation interviews and other meetings that the Company organizes between you and your prospective customers. You agree that you will not offer your services directly or indirectly to (or otherwise deal in a manner adverse to the Company with) the customers or prospective customers of the Company.

2. In the event that you breach the provisions of this agreement, you agree to pay the Company as liquidized damages and not as a penalty a further sum of US$ 10,000 (US & Ten thousand). You acknowledge that liquidated damages in such amount is reasonable under the circumstances in light of the fact that significant damages and expenses will be suffered or incurred by the Company and in recognition of the difficulty and further expense of proving the exact amount thereof.

3. You further agree that (1) the Company shall be entitled to injunctive relief as well as damages for any violation by you of the above clause (which shall survive the termination of this agreement and your employment). (2). Michigan substantive law shall govern this agreement and its enforcement. (3). Jurisdiction and venue is proper in any proceeding to enforce rights here under filled in any court located in Oakland County, Michigan; and (4). Paragraphs 1 and 2, are intended to be enforced in accordance with their terms but that such terms shall be deemed modified as necessary so as to render them valid and enforceable to the fullest extent permissible by applicable law.

Agreed and accepted with the express intent to be legally bound.

Signature: ______________________

Name: **Suryakiran Reddy Puramani**

Address: 2-236/14, Road Number:5, Suryanagar, Seetharampur Karimnagar, Telangana, INDIA-505001.

SSN: N/A

Date: 27-APR-2022.

Please send us a photocopy/Scan-Email of your Passport along with this agreement.

Exhibit C at6



Broadgate Inc.
830 Kirts Blvd. • Suite #400
Troy, MI 48084
Phone: 248-918-0 110
Fax: 800-531-8659

**Oct 1st 2022**

**To**

**KURELLI, Niranjan Reddy**

## Subject: Offer of Employment

Dear Niranjan Reddy,

Subsequent to our discussions and interview, we are pleased to offer you the position of Software Engineer with **Broadgate, Inc** (the "Company") on the following terms and conditions of employment, effective upon commencing services as directed at the company client site.

1. **Duties:** You shall use your best energies and abilities on a full time basis to perform, at location designated by the Company and including customer offices, the employment duties assigned to you from time to time. You also shall comply with all rules, regulations and procedures of the company. Your performance will be reviewed at the end of first six (6) months of your employment and annually thereafter and you shall provide reports concerning your work activities from time to time as requested. During your employment, you shall not directly or indirectly usurp any corporate opportunities or otherwise engage in any conduct adverse to best interests of the Company. Also, you are instructed not to divulge any confidential information of, or violate any agreement with, your prior employers or their clients.

2. **Compensation and Benefits:** Your compensation will be US $87589.00 per annum as Compensation, subject to all applicable taxes and withholdings, will be paid on the 20th of each month for your services of the prior month.

3. **Performance Review.** Your performance will be reviewed periodically, with subsequent adjustment in your compensation.

4. **Relocation and Termination:** You are employed by the Company on "At-Will Basis". You promptly will comply with the Company's instructions concerning relocation to or from a customer site and reasonable and documented relocation expenses will be reimbursed in accordance with the Company policies. The company agrees to provide you with four weeks advance notice of termination (except no advance notice is required if the termination of your employment is for cause) and you agree to provide the company with four weeks advance notice of termination of employment.
You agree that at least four weeks of advance notice by you is reasonable and necessary under such circumstances due to substantial effort ,time and expense the company will be required to incur in employing and relocating you in replacing your services. Incase of your relocation from India ,you will join US location only after getting a written approval from a authorized company representative.

5. **Confidentiality:** As part of your employment, you will acquire or develop confidential and proprietary information concerning the Company and its dealings and method of dealings with its customers and employees and you also will develop relationships of special trust and confidence with the Company's customers and employees ("Confidential Matter"). You agree that such Confidential Matter is for the Company's executive benefit and that both during your employment and at all times thereafter; you will not directly use or disclose any Confidential Matter except for the sole benefit and with the consent of the Company. Upon the conclusion of your employment, you will promptly return all documents, timesheets and information (including computer generated or stored matters) concerning the Company or its customers and employees.



Broadgate Inc.
830 Kirts Blvd. • Suite #400
Troy, MI 48084
Phone: 248-918-0 110
Fax: 800-531-8659

6. **Non-Competition and Non-Solicitation:** During the period until two (2) years following the termination of your employment for whatever reason (which time period shall be extended by the length of time during which you are in violation of this paragraph), you shall not directly or indirectly solicit business of (or otherwise deal in a manner adverse to the Company with) or provide any software engineering, consulting or programming services to any customer of the Company (regardless whether or not you personally dealt with that party during your employment) nor directly or indirectly solicit the services of (or otherwise deal in a manner adverse to the Company with) any employee of the Company or induce such employee to terminate his or her employment. You further agree that: (1) the company shall be entitled to injunctive relief as well as damages for any violation by you of paragraphs 5 or 6 of this agreement (which shall survive the termination of this agreement and your employment); (2) Michigan State Substantive law should govern this agreement and its enforcement. (3). Jurisdiction and Venue is proper in any proceeding to enforce rights hereunder filed in any court located in Oakland County and (4). Paragraphs 4, 5 and 6 are intended to be enforced in accordance with their terms but that such terms shall be deemed modified as necessary so as to render them valid and enforceable to the fullest extent permissible by applicable law

7. **Sponsorship:** The Company will provide all necessary legal assistance for your work authorization. If you choose not to start this process at the time of your first review you can do so later. You acknowledge and agree that the Company will withdraw any sponsorship of work authorization or presence in the United States, in the event of any termination of your employment with the Company or your breach of any terms of this agreement.

8. **Indemnity:** You automatically confirm that you are joining the services of **Broadgate, Inc** of your own free will and volition, and agree to indemnify **Broadgate, Inc** against any claims that may rise due to your joining **Broadgate, Inc.**

9. **Entire Agreement:** This agreement represents the entire agreement of the parties and it supersedes all prior statements, discussions and understandings and may be amended only by a writing signed by both parties.

Agreed and accepted with the express intent to be legally bound.

Sincerely

KKReddy

**Kashi Kotha**

**Director**

Accepted by

K. niranjan Reddy

**Niranjan Reddy Kurelli**

Exhibit C at8



Broadgate Inc.
830 Kirts Blvd. • Suite #400
Troy, MI 48084
Phone: 248-918-0 110
Fax: 800-531-8859

## Non-Solicitation Agreement

1. During the period when Broadgate, Inc (the "Company") is marketing your skills and for a period of two years thereafter, you shall not directly or indirectly solicit the business of (or otherwise deal in a manner adverse to the Company with) or provide any software engineering, consulting or programming services to any customer or prospective customer of the Company where you are integrated by the Company. Further more, during the course of evaluation interviews and other meetings that the Company organizes between you and your prospective customers. You agree that you will not offer your services directly or indirectly to (or otherwise deal in a manner adverse to the Company with) the customers or prospective customers of the Company.

2. In the event that you breach the provisions of this agreement, you agree to pay the Company as liquidized damages and not as a penalty a further sum of US$ 10,000 (US & Ten thousand). You acknowledge that liquidated damages in such amount is reasonable under the circumstances in light of the fact that significant damages and expenses will be suffered or incurred by the Company and in recognition of the difficulty and further expense of proving the exact amount thereof.

3. You further agree that (1) the Company shall be entitled to injunctive relief as well as damages for any violation by you of the above clause (which shall survive the termination of this agreement and your employment). (2). Michigan substantive law shall govern this agreement and its enforcement. (3). Jurisdiction and venue is proper in any proceeding to enforce rights here under filled in any court located in Oakland County, Michigan; and (4). Paragraphs 1 and 2, are intended to be enforced in accordance with their terms but that such terms shall be deemed modified as necessary so as to render them valid and enforceable to the fullest extent permissible by applicable law.

Agreed and accepted with the express intent to be legally bound.

Signature: K. niranjan Reddy
Name: **Niranjan Reddy Kurelli**
Address:

SSN:
Date:

Please send us a photocopy/Scan-Email of your Passport along with this agreement.

Exhibit C at9



Broadgate Inc.
830 Kirts Blvd. • Suite #400
Troy, MI 48084
Phone: 248-918-0 110
Fax: 800-531-8659

**Oct 1st 2022**

**To**

**Avula Nagireddy,**

## Subject: Offer of Employment

Dear Nagireddy,

Subsequent to our discussions and interview, we are pleased to offer you the position of Software Engineer with **Broadgate, Inc** (the "Company") on the following terms and conditions of employment, effective upon commencing services as directed at the company client site.

1. **Duties:** You shall use your best energies and abilities on a full time basis to perform, at location designated by the Company and including customer offices, the employment duties assigned to you from time to time. You also shall comply with all rules, regulations and procedures of the company. Your performance will be reviewed at the end of first six (6) months of your employment and annually thereafter and you shall provide reports concerning your work activities from time to time as requested. During your employment, you shall not directly or indirectly usurp any corporate opportunities or otherwise engage in any conduct adverse to best interests of the Company. Also, you are instructed not to divulge any confidential information of, or violate any agreement with, your prior employers or their clients.

2. **Compensation and Benefits:** Your compensation will be US $90000.00 per annum as Compensation, subject to all applicable taxes and withholdings, will be paid on the 20th of each month for your services of the prior month.

3. **Performance Review.** Your performance will be reviewed periodically, with subsequent adjustment in your compensation.

4. **Relocation and Termination:** You are employed by the Company on "At-Will Basis". You promptly will comply with the Company's instructions concerning relocation to or from a customer site and reasonable and documented relocation expenses will be reimbursed in accordance with the Company policies. The company agrees to provide you with four weeks advance notice of termination (except no advance notice is required if the termination of your employment is for cause) and you agree to provide the company with four weeks advance notice of termination of employment.
   You agree that at least four weeks of advance notice by you is reasonable and necessary under such circumstances due to substantial effort ,time and expense the company will be required to incur in employing and relocating you in replacing your services. Incase of your relocation from India ,you will join US location only after getting a written approval from a authorized company representative.

5. **Confidentiality:** As part of your employment, you will acquire or develop confidential and proprietary information concerning the Company and its dealings and method of dealings with its customers and employees and you also will develop relationships of special trust and confidence with the Company's customers and employees ("Confidential Matter"). You agree that such Confidential Matter is for the Company's executive benefit and that both during your employment and at all times thereafter; you will not directly use or disclose any Confidential Matter except for the sole benefit and with the consent of the Company. Upon the conclusion of your employment, you will promptly return all documents, timesheets and information (including computer generated or stored matters) concerning the Company or its customers and employees.

Exhibit C at10



Broadgate Inc.
830 Kirts Blvd. • Suite #400
Troy, MI 48084
Phone: 248-918-0 110
Fax: 800-531-8659

6. **Non-Competition and Non-Solicitation:** During the period until two (2) years following the termination of your employment for whatever reason (which time period shall be extended by the length of time during which you are in violation of this paragraph), you shall not directly or indirectly solicit business of (or otherwise deal in a manner adverse to the Company with) or provide any software engineering, consulting or programming services to any customer of the Company (regardless whether or not you personally dealt with that party during your employment) nor directly or indirectly solicit the services of (or otherwise deal in a manner adverse to the Company with) any employee of the Company or induce such employee to terminate his or her employment. You further agree that: (1) the company shall be entitled to injunctive relief as well as damages for any violation by you of paragraphs 5 or 6 of this agreement (which shall survive the termination of this agreement and your employment); (2) Michigan State Substantive law should govern this agreement and its enforcement. (3). Jurisdiction and Venue is proper in any proceeding to enforce rights hereunder filed in any court located in Oakland County and (4). Paragraphs 4, 5 and 6 are intended to be enforced in accordance with their terms but that such terms shall be deemed modified as necessary so as to render them valid and enforceable to the fullest extent permissible by applicable law

7. **Sponsorship:** The Company will provide all necessary legal assistance for your work authorization. If you choose not to start this process at the time of your first review you can do so later. You acknowledge and agree that the Company will withdraw any sponsorship of work authorization or presence in the United States, in the event of any termination of your employment with the Company or your breach of any terms of this agreement.

8. **Indemnity:** You automatically confirm that you are joining the services of **Broadgate, Inc** of your own free will and volition, and agree to indemnify **Broadgate, Inc** against any claims that may rise due to your joining **Broadgate, Inc.**

9. **Entire Agreement:** This agreement represents the entire agreement of the parties and it supersedes all prior statements, discussions and understandings and may be amended only by a writing signed by both parties.

Agreed and accepted with the express intent to be legally bound.

Sincerely

KKV Reddy

**Kashi Kotha**

**Director**

Accepted by

**Nagireddy Avula**

Exhibit C at11



Broadgate Inc.
830 Kirts Blvd. • Suite #400
Troy, MI 48084
Phone: 248-918-0 110
Fax: 800-531-8659

## Non-Solicitation Agreement

1. During the period when Broadgate, Inc (the "Company") is marketing your skills and for a period of two years thereafter, you shall not directly or indirectly solicit the business of (or otherwise deal in a manner adverse to the Company with) or provide any software engineering, consulting or programming services to any customer or prospective customer of the Company where you are integrated by the Company. Further more, during the course of evaluation interviews and other meetings that the Company organizes between you and your prospective customers. You agree that you will not offer your services directly or indirectly to (or otherwise deal in a manner adverse to the Company with) the customers or prospective customers of the Company.

2. In the event that you breach the provisions of this agreement, you agree to pay the Company as liquidized damages and not as a penalty a further sum of US$ 10,000 (US & Ten thousand). You acknowledge that liquidated damages in such amount is reasonable under the circumstances in light of the fact that significant damages and expenses will be suffered or incurred by the Company and in recognition of the difficulty and further expense of proving the exact amount thereof.

3. You further agree that (1) the Company shall be entitled to injunctive relief as well as damages for any violation by you of the above clause (which shall survive the termination of this agreement and your employment). (2). Michigan substantive law shall govern this agreement and its enforcement. (3). Jurisdiction and venue is proper in any proceeding to enforce rights here under filled in any court located in Oakland County, Michigan; and (4). Paragraphs 1 and 2, are intended to be enforced in accordance with their terms but that such terms shall be deemed modified as necessary so as to render them valid and enforceable to the fullest extent permissible by applicable law.

Agreed and accepted with the express intent to be legally bound.

Signature: [signature]
Name: **Nagireddy Avula**
Address:

SSN:
Date: 05/05/2022.

Please send us a photocopy/Scan-Email of your Passport along with this agreement.

Exhibit C at12



Broadgate Inc.
830 Kirts Blvd. • Suite #400
Troy, MI 48084
Phone: 248-918-0 110
Fax: 800-531-8659

**Oct 1st 2022**

To

**Gangishetty Naveen Mohan,**

## Subject: Offer of Employment

Dear Naveen Mohan

Subsequent to our discussions and interview, we are pleased to offer you the position of Software Engineer with **Broadgate, Inc** (the "Company") on the following terms and conditions of employment, effective upon commencing services as directed at the company client site.

1. **Duties:** You shall use your best energies and abilities on a full time basis to perform, at location designated by the Company and including customer offices, the employment duties assigned to you from time to time. You also shall comply with all rules, regulations and procedures of the company. Your performance will be reviewed at the end of first six (6) months of your employment and annually thereafter and you shall provide reports concerning your work activities from time to time as requested. During your employment, you shall not directly or indirectly usurp any corporate opportunities or otherwise engage in any conduct adverse to best interests of the Company. Also, you are instructed not to divulge any confidential information of, or violate any agreement with, your prior employers or their clients.

2. **Compensation and Benefits:** Your compensation will be US $87589.00 per annum as Compensation, subject to all applicable taxes and withholdings, will be paid on the 20th of each month for your services of the prior month.

3. **Performance Review.** Your performance will be reviewed periodically, with subsequent adjustment in your compensation.

4. **Relocation and Termination:** You are employed by the Company on "At-Will Basis". You promptly will comply with the Company's instructions concerning relocation to or from a customer site and reasonable and documented relocation expenses will be reimbursed in accordance with the Company policies. The company agrees to provide you with four weeks advance notice of termination (except no advance notice is required if the termination of your employment is for cause) and you agree to provide the company with four weeks advance notice of termination of employment.
You agree that at least four weeks of advance notice by you is reasonable and necessary under such circumstances due to substantial effort ,time and expense the company will be required to incur in employing and relocating you in replacing your services. Incase of your relocation from India ,you will join US location only after getting a written approval from a authorized company representative.

5. **Confidentiality:** As part of your employment, you will acquire or develop confidential and proprietary information concerning the Company and its dealings and method of dealings with its customers and employees and you also will develop relationships of special trust and confidence with the Company's customers and employees ("Confidential Matter"). You agree that such Confidential Matter is for the Company's executive benefit and that both during your employment and at all times thereafter; you will not directly use or disclose any Confidential Matter except for the sole benefit and with the consent of the Company. Upon the conclusion of your employment, you will promptly return all documents, timesheets and information (including computer generated or stored matters) concerning the Company or its customers and employees.



Broadgate Inc.
830 Kirts Blvd. • Suite #400
Troy, MI 48084
Phone: 248-918-0 110
Fax: 800-531-8659

6. **Non-Competition and Non-Solicitation:** During the period until two (2) years following the termination of your employment for whatever reason (which time period shall be extended by the length of time during which you are in violation of this paragraph), you shall not directly or indirectly solicit business of (or otherwise deal in a manner adverse to the Company with) or provide any software engineering, consulting or programming services to any customer of the Company (regardless whether or not you personally dealt with that party during your employment) nor directly or indirectly solicit the services of (or otherwise deal in a manner adverse to the Company with) any employee of the Company or induce such employee to terminate his or her employment. You further agree that: (1) the company shall be entitled to injunctive relief as well as damages for any violation by you of paragraphs 5 or 6 of this agreement (which shall survive the termination of this agreement and your employment); (2) Michigan State Substantive law should govern this agreement and its enforcement. (3). Jurisdiction and Venue is proper in any proceeding to enforce rights hereunder filed in any court located in Oakland County and (4). Paragraphs 4, 5 and 6 are intended to be enforced in accordance with their terms but that such terms shall be deemed modified as necessary so as to render them valid and enforceable to the fullest extent permissible by applicable law

7. **Sponsorship:** The Company will provide all necessary legal assistance for your work authorizationl. If you choose not to start this process at the time of your first review you can do so later. You acknowledge and agree that the Company will withdraw any sponsorship of work authorization or presence in the United States, in the event of any termination of your employment with the Company or your breach of any terms of this agreement.

8. **Indemnity:** You automatically confirm that you are joining the services of **Broadgate, Inc** of your own free will and volition, and agree to indemnify **Broadgate, Inc** against any claims that may rise due to your joining **Broadgate, Inc.**

9. **Entire Agreement:** This agreement represents the entire agreement of the parties and it supersedes all prior statements, discussions and understandings and may be amended only by a writing signed by both parties.

Agreed and accepted with the express intent to be legally bound.

Sincerely

KKu Reddy

**Kashi Kotha**

**Director**

Accepted by

**Naveen Mohan Gangishetty**

Exhibit C at14



Broadgate Inc.
830 Kirts Blvd. • Suite #400
Troy, MI 48084
Phone: 248-918-0 110
Fax: 800-531-8659

## Non-Solicitation Agreement

1. During the period when Broadgate, Inc (the "Company") is marketing your skills and for a period of two years thereafter, you shall not directly or indirectly solicit the business of (or otherwise deal in a manner adverse to the Company with) or provide any software engineering, consulting or programming services to any customer or prospective customer of the Company where you are integrated by the Company. Further more, during the course of evaluation interviews and other meetings that the Company organizes between you and your prospective customers. You agree that you will not offer your services directly or indirectly to (or otherwise deal in a manner adverse to the Company with) the customers or prospective customers of the Company.

2. In the event that you breach the provisions of this agreement, you agree to pay the Company as liquidized damages and not as a penalty a further sum of US$ 10,000 (US & Ten thousand). You acknowledge that liquidated damages in such amount is reasonable under the circumstances in light of the fact that significant damages and expenses will be suffered or incurred by the Company and in recognition of the difficulty and further expense of proving the exact amount thereof.

3. You further agree that (1) the Company shall be entitled to injunctive relief as well as damages for any violation by you of the above clause (which shall survive the termination of this agreement and your employment). (2). Michigan substantive law shall govern this agreement and its enforcement. (3). Jurisdiction and venue is proper in any proceeding to enforce rights hereunder filled in any court located in Oakland County, Michigan; and (4). Paragraphs 1 and 2, are intended to be enforced in accordance with their terms but that such terms shall be deemed modified as necessary so as to render them valid and enforceable to the fullest extent permissible by applicable law.

Agreed and accepted with the express intent to be legally bound.

Signature: ______________________
Name: **Naveen Mohan Gangishetty**
Address:

SSN:
Date:

Please send us a photocopy/Scan-Email of your Passport along with this agreement.

Exhibit C at15



Broadgate Inc.
830 Kirts Blvd. • Suite #400
Troy, MI 48084
Phone: 248-918-0 110
Fax: 800-531-8659

**Oct 1st 2022**

**To**

**PENTAPATI, Raja Rajeswari Devi**

**Subject: Offer of Employment**

Dear Raja Rajeswari Devi,

Subsequent to our discussions and interview, we are pleased to offer you the position of Software Developer with **Broadgate, Inc** (the "Company") on the following terms and conditions of employment, effective upon commencing services as directed at the company client site.

1. **Duties:** You shall use your best energies and abilities on a full time basis to perform, at location designated by the Company and including customer offices, the employment duties assigned to you from time to time. You also shall comply with all rules, regulations and procedures of the company. Your performance will be reviewed at the end of first six (6) months of your employment and annually thereafter and you shall provide reports concerning your work activities from time to time as requested. During your employment, you shall not directly or indirectly usurp any corporate opportunities or otherwise engage in any conduct adverse to best interests of the Company. Also, you are instructed not to divulge any confidential information of, or violate any agreement with, your prior employers or their clients.

2. **Compensation and Benefits:** Your compensation will be US $90,000.00 per annum as Compensation, subject to all applicable taxes and withholdings, will be paid on the 20th of each month for your services of the prior month.

3. **Performance Review.** Your performance will be reviewed periodically, with subsequent adjustment in your compensation.

4. **Relocation and Termination:** You are employed by the Company on "At-Will Basis". You promptly will comply with the Company's instructions concerning relocation to or from a customer site and reasonable and documented relocation expenses will be reimbursed in accordance with the Company policies. The company agrees to provide you with four weeks advance notice of termination (except no advance notice is required if the termination of your employment is for cause) and you agree to provide the company with four weeks advance notice of termination of employment.
   You agree that at least four weeks of advance notice by you is reasonable and necessary under such circumstances due to substantial effort ,time and expense the company will be required to incur in employing and relocating you in replacing your services. Incase of your relocation from India ,you will join US location only after getting a written approval from a authorized company representative.

5. **Confidentiality:** As part of your employment, you will acquire or develop confidential and proprietary information concerning the Company and its dealings and method of dealings with its customers and employees and you also will develop relationships of special trust and confidence with the Company's customers and employees ("Confidential Matter"). You agree that such Confidential Matter is for the Company's executive benefit and that both during your employment and at all times thereafter; you will not directly use or disclose any Confidential Matter except for the sole benefit and with the consent of the Company. Upon the conclusion of your employment, you will promptly return all documents, timesheets and information (including computer generated or stored matters) concerning the Company or its customers and employees.

6. **Non-Competition and Non-Solicitation:** During the period until two (2) years following the



Broadgate Inc.
830 Kirts Blvd. • Suite #400
Troy, MI 48084
Phone: 248-918-0 110
Fax: 800-531-8659

termination of your employment for whatever reason (which time period shall be extended by the length of time during which you are in violation of this paragraph), you shall not directly or indirectly solicit business of (or otherwise deal in a manner adverse to the Company with) or provide any software engineering, consulting or programming services to any customer of the Company (regardless whether or not you personally dealt with that party during your employment) nor directly or indirectly solicit the services of (or otherwise deal in a manner adverse to the Company with) any employee of the Company or induce such employee to terminate his or her employment. You further agree that: (1) the company shall be entitled to injunctive relief as well as damages for any violation by you of paragraphs 5 or 6 of this agreement (which shall survive the termination of this agreement and your employment); (2) Michigan State Substantive law should govern this agreement and its enforcement. (3). Jurisdiction and Venue is proper in any proceeding to enforce rights hereunder filed in any court located in Oakland County and (4). Paragraphs 4, 5 and 6 are intended to be enforced in accordance with their terms but that such terms shall be deemed modified as necessary so as to render them valid and enforceable to the fullest extent permissible by applicable law

7. **Sponsorship:** The Company will provide all necessary legal assistance for your work authorization. If you choose not to start this process at the time of your first review you can do so later. You acknowledge and agree that the Company will withdraw any sponsorship of work authorization or presence in the United States, in the event of any termination of your employment with the Company or your breach of any terms of this agreement.

8. **Indemnity:** You automatically confirm that you are joining the services of **Broadgate, Inc** of your own free will and volition, and agree to indemnify **Broadgate, Inc** against any claims that may rise due to your joining **Broadgate, Inc.**

9. **Entire Agreement:** This agreement represents the entire agreement of the parties and it supersedes all prior statements, discussions and understandings and may be amended only by a writing signed by both parties.

Agreed and accepted with the express intent to be legally bound.

Sincerely

KKuReddy

**Kashi Kotha**

**Director**

Accepted by

P. Rajeswari

**Raja Rajeswari Devi Pentapati**



Broadgate Inc.
830 Kirts Blvd. • Suite #400
Troy, MI 48084
Phone: 248-918-0 110
Fax: 800-531-8659

## ***Non-Solicitation Agreement***

1. During the period when Broadgate, Inc (the "Company") is marketing your skills and for a period of two years thereafter, you shall not directly or indirectly solicit the business of (or otherwise deal in a manner adverse to the Company with) or provide any software engineering, consulting or programming services to any customer or prospective customer of the Company where you are integrated by the Company. Further more, during the course of evaluation interviews and other meetings that the Company organizes between you and your prospective customers. You agree that you will not offer your services directly or indirectly to (or otherwise deal in a manner adverse to the Company with) the customers or prospective customers of the Company.

2. In the event that you breach the provisions of this agreement, you agree to pay the Company as liquidized damages and not as a penalty a further sum of US$ 10,000 (US & Ten thousand). You acknowledge that liquidated damages in such amount is reasonable under the circumstances in light of the fact that significant damages and expenses will be suffered or incurred by the Company and in recognition of the difficulty and further expense of proving the exact amount thereof.

3. You further agree that (1) the Company shall be entitled to injunctive relief as well as damages for any violation by you of the above clause (which shall survive the termination of this agreement and your employment). (2). Michigan substantive law shall govern this agreement and its enforcement. (3). Jurisdiction and venue is proper in any proceeding to enforce rights here under filled in any court located in Oakland County, Michigan; and (4). Paragraphs 1 and 2, are intended to be enforced in accordance with their terms but that such terms shall be deemed modified as necessary so as to render them valid and enforceable to the fullest extent permissible by applicable law.

Agreed and accepted with the express intent to be legally bound.

Signature: P. Rajeswari
Name: **Raja Rajeswari Pentapati**
Address:

SSN:
Date: 16/04/22

Please send us a photocopy/Scan-Email of your Passport along with this agreement.

Exhibit C at18

Broadgate Inc.
830 Kirts Blvd. • Suite #400
Troy, MI 48084
Phone: 248-918-0 110
Fax: 800-531-8659

Oct 1st 2022

To

**PONNUSAMY, Sujitha**

## Subject: Offer of Employment

Dear Sujitha,

Subsequent to our discussions and interview, we are pleased to offer you the position of Software Developer with **Broadgate, Inc** (the "Company") on the following terms and conditions of employment, effective upon commencing services as directed at the company client site.

1. **Duties:** You shall use your best energies and abilities on a full time basis to perform, at location designated by the Company and including customer offices, the employment duties assigned to you from time to time. You also shall comply with all rules, regulations and procedures of the company. Your performance will be reviewed at the end of first six (6) months of your employment and annually thereafter and you shall provide reports concerning your work activities from time to time as requested. During your employment, you shall not directly or indirectly usurp any corporate opportunities or otherwise engage in any conduct adverse to best interests of the Company. Also, you are instructed not to divulge any confidential information of, or violate any agreement with, your prior employers or their clients.

2. **Compensation and Benefits:** Your compensation will be US $95000.00 per annum as Compensation, subject to all applicable taxes and withholdings, will be paid on the 20th of each month for your services of the prior month.

3. **Performance Review.** Your performance will be reviewed periodically, with subsequent adjustment in your compensation.

4. **Relocation and Termination:** You are employed by the Company on "At-Will Basis". You promptly will comply with the Company's instructions concerning relocation to or from a customer site and reasonable and documented relocation expenses will be reimbursed in accordance with the Company policies. The company agrees to provide you with four weeks advance notice of termination (except no advance notice is required if the termination of your employment is for cause) and you agree to provide the company with four weeks advance notice of termination of employment.
   You agree that at least four weeks of advance notice by you is reasonable and necessary under such circumstances due to substantial effort ,time and expense the company will be required to incur in employing and relocating you in replacing your services. Incase of your relocation from India ,you will join US location only after getting a written approval from a authorized company representative.

5. **Confidentiality:** As part of your employment, you will acquire or develop confidential and proprietary information concerning the Company and its dealings and method of dealings with its customers and employees and you also will develop relationships of special trust and confidence with the Company's customers and employees ("Confidential Matter"). You agree that such Confidential Matter is for the Company's executive benefit and that both during your employment and at all times thereafter; you will not directly use or disclose any Confidential Matter except for the sole benefit and with the consent of the Company. Upon the conclusion of your employment, you will promptly return all documents, timesheets and information (including computer generated or stored matters) concerning the Company or its customers and employees



BROADGATE
Path to the Future

Broadgate Inc.
830 Kirts Blvd. • Suite #400
Troy, MI 48084
Phone: 248-918-0 110
Fax: 800-531-8659

6. **Non-Competition and Non-Solicitation:** During the period until two (2) years following the termination of your employment for whatever reason (which time period shall be extended by the length of time during which you are in violation of this paragraph), you shall not directly or indirectly solicit business of (or otherwise deal in a manner adverse to the Company with) or provide any software engineering, consulting or programming services to any customer of the Company (regardless whether or not you personally dealt with that party during your employment) nor directly or indirectly solicit the services of (or otherwise deal in a manner adverse to the Company with) any employee of the Company or induce such employee to terminate his or her employment. You further agree that: (1) the company shall be entitled to injunctive relief as well as damages for any violation by you of paragraphs 5 or 6 of this agreement (which shall survive the termination of this agreement and your employment); (2) Michigan State Substantive law should govern this agreement and its enforcement. (3). Jurisdiction and Venue is proper in any proceeding to enforce rights hereunder filed in any court located in Oakland County and (4). Paragraphs 4, 5 and 6 are intended to be enforced in accordance with their terms but that such terms shall be deemed modified as necessary so as to render them valid and enforceable to the fullest extent permissible by applicable law

7. **Sponsorship:** The Company will provide all necessary legal assistance for your work authorization. If you choose not to start this process at the time of your first review you can do so later. You acknowledge and agree that the Company will withdraw any sponsorship of work authorization or presence in the United States, in the event of any termination of your employment with the Company or your breach of any terms of this agreement.

8. **Indemnity:** You automatically confirm that you are joining the services of **Broadgate, Inc** of your own free will and volition, and agree to indemnify **Broadgate, Inc** against any claims that may rise due to your joining **Broadgate, Inc.**

9. **Entire Agreement:** This agreement represents the entire agreement of the parties and it supersedes all prior statements, discussions and understandings and may be amended only by a writing signed by both parties.

Agreed and accepted with the express intent to be legally bound.

Sincerely

KKuReddy

**Kashi Kotha**

**Director**

Accepted by

P. Sujitha

**Sujitha Ponnusamy**

Exhibit C at20



Broadgate Inc.
830 Kirts Blvd. • Suite #400
Troy, MI 48084
Phone: 248-918-0 110
Fax: 800-531-8659

**Oct 1st 2022**

**To**

**PENTAPATI, Raja Rajeswari Devi**

**Subject: Offer of Employment**

Dear Raja Rajeswari Devi,

Subsequent to our discussions and interview, we are pleased to offer you the position of Software Developer with **Broadgate, Inc** (the "Company") on the following terms and conditions of employment, effective upon commencing services as directed at the company client site.

1. **Duties:** You shall use your best energies and abilities on a full time basis to perform, at location designated by the Company and including customer offices, the employment duties assigned to you from time to time. You also shall comply with all rules, regulations and procedures of the company. Your performance will be reviewed at the end of first six (6) months of your employment and annually thereafter and you shall provide reports concerning your work activities from time to time as requested. During your employment, you shall not directly or indirectly usurp any corporate opportunities or otherwise engage in any conduct adverse to best interests of the Company. Also, you are instructed not to divulge any confidential information of, or violate any agreement with, your prior employers or their clients.

2. **Compensation and Benefits:** Your compensation will be US $90,000.00 per annum as Compensation, subject to all applicable taxes and withholdings, will be paid on the 20th of each month for your services of the prior month.

3. **Performance Review.** Your performance will be reviewed periodically, with subsequent adjustment in your compensation.

4. **Relocation and Termination:** You are employed by the Company on "At-Will Basis". You promptly will comply with the Company's instructions concerning relocation to or from a customer site and reasonable and documented relocation expenses will be reimbursed in accordance with the Company policies. The company agrees to provide you with four weeks advance notice of termination (except no advance notice is required if the termination of your employment is for cause) and you agree to provide the company with four weeks advance notice of termination of employment.
   You agree that at least four weeks of advance notice by you is reasonable and necessary under such circumstances due to substantial effort ,time and expense the company will be required to incur in employing and relocating you in replacing your services. Incase of your relocation from India ,you will join US location only after getting a written approval from a authorized company representative.

5. **Confidentiality:** As part of your employment, you will acquire or develop confidential and proprietary information concerning the Company and its dealings and method of dealings with its customers and employees and you also will develop relationships of special trust and confidence with the Company's customers and employees ("Confidential Matter"). You agree that such Confidential Matter is for the Company's executive benefit and that both during your employment and at all times thereafter; you will not directly use or disclose any Confidential Matter except for the sole benefit and with the consent of the Company. Upon the conclusion of your employment, you will promptly return all documents, timesheets and information (including computer generated or stored matters) concerning the Company or its customers and employees.

6. **Non-Competition and Non-Solicitation:** During the period until two (2) years following the



Broadgate Inc.
830 Kirts Blvd. • Suite #400
Troy, MI 48084
Phone: 248-918-0 110
Fax: 800-531-8659

termination of your employment for whatever reason (which time period shall be extended by the length of time during which you are in violation of this paragraph), you shall not directly or indirectly solicit business of (or otherwise deal in a manner adverse to the Company with) or provide any software engineering, consulting or programming services to any customer of the Company (regardless whether or not you personally dealt with that party during your employment) nor directly or indirectly solicit the services of (or otherwise deal in a manner adverse to the Company with) any employee of the Company or induce such employee to terminate his or her employment. You further agree that: (1) the company shall be entitled to injunctive relief as well as damages for any violation by you of paragraphs 5 or 6 of this agreement (which shall survive the termination of this agreement and your employment); (2) Michigan State Substantive law should govern this agreement and its enforcement. (3). Jurisdiction and Venue is proper in any proceeding to enforce rights hereunder filed in any court located in Oakland County and (4). Paragraphs 4, 5 and 6 are intended to be enforced in accordance with their terms but that such terms shall be deemed modified as necessary so as to render them valid and enforceable to the fullest extent permissible by applicable law

7. **Sponsorship:** The Company will provide all necessary legal assistance for your work authorization. If you choose not to start this process at the time of your first review you can do so later. You acknowledge and agree that the Company will withdraw any sponsorship of work authorization or presence in the United States, in the event of any termination of your employment with the Company or your breach of any terms of this agreement.

8. **Indemnity:** You automatically confirm that you are joining the services of **Broadgate, Inc** of your own free will and volition, and agree to indemnify **Broadgate, Inc** against any claims that may rise due to your joining **Broadgate, Inc.**

9. **Entire Agreement:** This agreement represents the entire agreement of the parties and it supersedes all prior statements, discussions and understandings and may be amended only by a writing signed by both parties.

Agreed and accepted with the express intent to be legally bound.

Sincerely

KKuReddy

**Kashi Kotha**

**Director**

Accepted by

P. Rajeswari

**Raja Rajeswari Devi Pentapati**

Exhibit C at22



Broadgate Inc.
830 Kirts Blvd. • Suite #400
Troy, MI 48084
Phone: 248-918-0 110
Fax: 800-531-8659

## Non-Solicitation Agreement

1. During the period when Broadgate, Inc (the "Company") is marketing your skills and for a period of two years thereafter, you shall not directly or indirectly solicit the business of (or otherwise deal in a manner adverse to the Company with) or provide any software engineering, consulting or programming services to any customer or prospective customer of the Company where you are integrated by the Company. Further more, during the course of evaluation interviews and other meetings that the Company organizes between you and your prospective customers. You agree that you will not offer your services directly or indirectly to (or otherwise deal in a manner adverse to the Company with) the customers or prospective customers of the Company.

2. In the event that you breach the provisions of this agreement, you agree to pay the Company as liquidized damages and not as a penalty a further sum of US$ 10,000 (US & Ten thousand). You acknowledge that liquidated damages in such amount is reasonable under the circumstances in light of the fact that significant damages and expenses will be suffered or incurred by the Company and in recognition of the difficulty and further expense of proving the exact amount thereof.

3. You further agree that (1) the Company shall be entitled to injunctive relief as well as damages for any violation by you of the above clause (which shall survive the termination of this agreement and your employment). (2). Michigan substantive law shall govern this agreement and its enforcement. (3). Jurisdiction and venue is proper in any proceeding to enforce rights here under filled in any court located in Oakland County, Michigan; and (4). Paragraphs 1 and 2, are intended to be enforced in accordance with their terms but that such terms shall be deemed modified as necessary so as to render them valid and enforceable to the fullest extent permissible by applicable law.

Agreed and accepted with the express intent to be legally bound.

Signature: P. Rajeswari
Name: **Raja Rajeswari Pentapati**
Address:

SSN:
Date: 16/04/22

Please send us a photocopy/Scan-Email of your Passport along with this agreement.

Exhibit C at23



Broadgate Inc.
830 Kirts Blvd. • Suite #400
Troy, MI 48084
Phone: 248-918-0 110
Fax: 800-531-8659

## Non-Solicitation Agreement

1. During the period when Broadgate, Inc (the "Company") is marketing your skills and for a period of two years thereafter, you shall not directly or indirectly solicit the business of (or otherwise deal in a manner adverse to the Company with) or provide any software engineering, consulting or programming services to any customer or prospective customer of the Company where you are integrated by the Company. Further more, during the course of evaluation interviews and other meetings that the Company organizes between you and your prospective customers. You agree that you will not offer your services directly or indirectly to (or otherwise deal in a manner adverse to the Company with) the customers or prospective customers of the Company.

2. In the event that you breach the provisions of this agreement, you agree to pay the Company as liquidized damages and not as a penalty a further sum of US$ 10,000 (US & Ten thousand). You acknowledge that liquidated damages in such amount is reasonable under the circumstances in light of the fact that significant damages and expenses will be suffered or incurred by the Company and in recognition of the difficulty and further expense of proving the exact amount thereof.

3. You further agree that (1) the Company shall be entitled to injunctive relief as well as damages for any violation by you of the above clause (which shall survive the termination of this agreement and your employment). (2). Michigan substantive law shall govern this agreement and its enforcement. (3). Jurisdiction and venue is proper in any proceeding to enforce rights here under filled in any court located in Oakland County, Michigan; and (4). Paragraphs 1 and 2, are intended to be enforced in accordance with their terms but that such terms shall be deemed modified as necessary so as to render them valid and enforceable to the fullest extent permissible by applicable law.

Agreed and accepted with the express intent to be legally bound.

Signature: [signature]
Name: **Sujitha Ponnusamy**
Address:

SSN:
Date:

Please send us a photocopy/Scan-Email of your Passport along with this agreement.

Exhibit C at24