

Broadgate Inc.
830 Kirts Blvd. •Suite #400
Troy, MI 48084
Phone: 248-918-0 110
Fax: 800-531-8659

Date: 10.20.2022

## DECLARATION OF KASHI KOTHA

I am the Director of Broadgate, Inc. I estimate that Broadgate will earn the following gross profit on the services of the consultants named below if our petitions upon their behalf are approved:

1. **Bhargavi Kotagaram**

Contract rate: 65/hr.

Offer rate: $95,000 per year ~ 45.67/ hr.

Gross Profit: 19.33/hr. or ~ $2,319 / month

2. **Suryakiran Reddy Puramani**

Contract rate: 65/hr.

Offer rate: $95,000 per year ~ 45.67/ hr.

Gross Profit: 19.33/hr. or ~ $2,319 / month

3. **Niranjan Reddy Kurelli**

Contract rate: $62/ hr.

Offer rate: $87,589/yr. or ~ $42.11 /hr.

Gross Profit: $19.89/hr. or $2,368.80 /mo.

4. **Nagireddy Avula**

Contract rate: 65/hr.

Offer rate: $90,000 per year or ~ $43.27/hr.

Gross Profit: $21.73/hr. or $2,607.60 / mo.

5. **Naveen Mohan Gangishetty**

Contract rate: $60/ hr.

Exhibit D at1



Broadgate Inc.
830 Kirts Blvd.  •Suite #400
Troy, MI 48084
Phone: 248-918-0 110
Fax: 800-531-8659

Offer rate: $87,589/yr. or ~ $42.11 /hr.

Gross Profit: $17.89/hr. or ~ $2,146.80 /mo.

### 6. Sujitha Ponnusamy

Contract rate: 65/hr.

Offer rate: $95,000 per year ~ 45.67/ hr.

Gross Profit: 19.33/hr. or ~ $2,319 / month

### 7. Raja Rajeswari Devi Pentapati

Contract rate: 65/hr.

Offer rate: $90,000 per year or ~ $43.27/hr.

Gross Profit: $21.73/hr. or $2,607.60 / mo.

For a total Gross Profit of $16,687.80 per month.

I estimate roughly 15% of that amount will go to taxes, benefits and other expenses for an approximate net profit of $14,184.63 per months if our petitions for all of the above workers are approved.

We have advertised regularly on our website for Software Consultants to replace these potential employees but so far have not received any qualified applicants.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 20, 2022.

*KKURedly*

_____
Kashi Kotha
Director
248-918-0110 X 108
kashi@broadgateinc.com

# Exhibit D at2