### Software Developer

📅 07 Jul,2022   🗺 Troy, MI

---

Job Id : 019    Eligibility : Bachelors

[APPLY NOW] (jobs_in_usa-apply.php?jobsno=15&jobid=019&jobtitle=Software Developer)   [VIEW DETAILS] (job_description/1666193225.pdf)

### Software Engineer

📅 14 Jul,2022   🗺 Troy, MI

---

Job Id : 020    Eligibility : Bachelors

[APPLY NOW] (jobs_in_usa-apply.php?jobsno=16&jobid=020&jobtitle=Software Engineer)   [VIEW DETAILS] (job_description/1666193290.pdf)

### Java Developer

📅 03 Aug,2022   🗺 Troy, MI

---

Job Id : 021    Eligibility : Bachelors

[APPLY NOW] (jobs_in_usa-apply.php?jobsno=17&jobid=021&jobtitle=Java Developer)   [VIEW DETAILS] (job_description/1666193357.pdf)

# Exhibit E at 1

### Software Engineer

🗓 10 Aug,2022    📖 Troy, MI

---

**Job Id :** 022    **Eligibility :** Bachelors

[APPLY NOW] (jobs_in_usa-apply.php?jobsno=18&jobid=022&jobtitle=Software Engineer) [VIEW DETAILS] (job_description/1666193424.pdf)

### Software Developer

🗓 22 Aug,2022    📖 Troy, MI

---

**Job Id :** 023    **Eligibility :** Bachelors

[APPLY NOW] (jobs_in_usa-apply.php?jobsno=19&jobid=023&jobtitle=Software Developer) [VIEW DETAILS] (job_description/1666193477.pdf)

### Software Engineer

🗓 08 Sep,2022    📖 Troy, MI

---

**Job Id :** 024    **Eligibility :** Bachelors

[APPLY NOW] (jobs_in_usa-apply.php?jobsno=20&jobid=024&jobtitle=Software Engineer) [VIEW DETAILS] (job_description/1666193539.pdf)

Exhibit E at 2

## QA Analyst

🗓 13 Sep,2022   📖 Troy, MI

Job Id : 025   Eligibility : Bachelors

APPLY NOW (jobs_in_usa-apply.php?jobsno=21&jobid=025&jobtitle=QA Analyst) VIEW DETAILS (job_description/1666193584.pdf)

## Software Developer

🗓 21 Sep,2022   📖 Troy, MI

Job Id : 026   Eligibility : Bachelors

APPLY NOW (jobs_in_usa-apply.php?jobsno=22&jobid=026&jobtitle=Software Developer) VIEW DETAILS (job_description/1666193646.pdf)

## Software Engineer

🗓 06 Oct,2022   📖 Troy, MI

Job Id : 027   Eligibility : Bachelors

APPLY NOW (jobs_in_usa-apply.php?jobsno=23&jobid=027&jobtitle=Software Engineer) VIEW DETAILS (job_description/1666193690.pdf)

Exhibit E at 3

© Copyright 2022 @ **Broadgate**

[f (HTTPS://WWW.FACEBOOK.COM/BROADGATE-INC-190909981522714)](https://www.facebook.com/broadgate-inc-190909981522714)

[in (HTTPS://WWW.LINKEDIN.COM/COMPANY/74124780/ADMIN/)](https://www.linkedin.com/company/74124780/admin/)   [REACH US (REACHUS.PHP)](reachus.php)

[SUPPORT (CONTACT.PHP)](contact.php)   [EMPLOYEE LOGIN (HTTPS://LOGIN.MICROSOFTONLINE.COM)](https://login.microsoftonline.com)

## Exhibit E at4