Michael E. Piston (P34568)
Attorney for the Plaintiff
Transnational Legal Services P.C.
1955 W. Hamlin Road, Suite 100
Rochester Hills, MI 48309
Ph: 646-876-3772
Fax: 206-770-6350
Email: michaelpiston4@gmail.com

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BROADGATE, INC., <br><br> Plaintiff <br><br> -against- <br><br> SECRETARY, DEPARTMENT OF LABOR <br><br> Defendant | 2:22−cv−11593−LJM−KGA <br> **District Judge Laurie J. Michelson** <br><br> **INDEX OF EXHIBITS FILED WITH PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR INJUNCTION PENDING APPEAL** |

Exhibit B: Evidence that Broadgate still has need for 7 petition beneficiaries

Exhibit C: Evidence of salary being offered to relevant beneficiaries

Exhibi D: Declaration of Kashi Kotha regarding the profit which Broadgate expects to earn from the employment of the 7 referenced beneficiaries and the lack of response to its recent recruitment efforts.

Exhibit E: Evidence of Broadgate's attempts to find replacements for said beneficiaries

Exhibit F: Fee receipts for petitions filed by Broadgae with USCIS

Respectfully Submitted this 20th day of October, 2022

/s/ *Michael E. Piston*

Michael E. Piston (P34568)
Attorney for the Plaintiff
Transnational Legal Services P.C.
1955 W. Hamlin Road, Suite 100
Rochester Hills, MI 48309
Ph: 646-876-3772
Fax: 206-770-6350
Email: michaelpiston4@gmail.com